

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2023

No. 04-23-00809-CR

**IN RE** Jose Luis **AGUILAR-HERNANDEZ**

Original Proceeding[1]

**ORDER**

On August 28, 2023, Relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying proceeding pending our final resolution of the petition for writ of mandamus, which this court granted on August 30, 2023.

After considering the petition and the record, the court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The stay imposed on August 30, 2023, is **LIFTED**.

It is so **ORDERED** on October 4, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 11379CR, styled *State of Texas v. Jose Luis Aguilar-Hernandez*, pending in the County Court, Kinney County, Texas, the Honorable Susan D. Reed presiding.